UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AUDREY M. MURPHY<br>Plaintiff,<br><br>v.<br><br>SID TOOL CO., INC., trading as<br>MSC INDUSTRIAL SUPPLY CO.<br>Defendant. | )<br>)<br>)   Civil Action # 1:20-cv-01388<br>)   TSE/JFA<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this matter has been settled, and that this action may be dismissed with prejudice and removed from this Court's docket.

Jointly submitted on this __30__ day of __March__, 2021.

For the Parties:

_[signature]_
Annette Kay Rubin
VSB # 34677
Post Office Box 765
Leesburg, Virginia 20178
(703) 777-0034 (voice/text)
akr@annetterubin.com
Counsel for Audrey Murphy, Plaintiff

So Ordered

/s/ _[signature]_ 3/30/21
T. S. Ellis, III
United States District Judge

/s/Daniel O. Canales
Daniel O. Canales (Admitted Pro Hac Vice)
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
P: +1 312 499 6724
F: +1 312 277 2343
DOCanales@duanemorris.com
Counsel for SID Tool Co., Inc., Defendant

/s/Joseph J. Aronica
Joseph J. Aronica (VSB No. 02548)
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Phone: +1 202 776 7824
Fax: +1 202 478 1885
JJAronica@duanemorris.com
Counsel for SID Tool Co., Inc., Defendant